**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6490**

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

ARNOLD LLOYD JACKSON,

           Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:02-cr-30020-MFU-13)

Submitted: August 14, 2008      Decided: August 20, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arnold Lloyd Jackson, Appellant Pro Se. John L. Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Lloyd Jackson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Jackson</u>, No. 5:02-cr-30020-MFU-13 (W.D. Va. Mar. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>